UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

Brian Michael Wemigwans,

    Defendant.

Case: 1:19-cr-20435
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 06-26-2019 At 11:04 AM
SEALED MATTER (krc)

_____

## INDICTMENT
_____

THE GRAND JURY CHARGES:

### COUNT ONE
### Murder in the Second Degree
### (18 U.S.C. § 1111(a) & 1153

On or about December 19, 2018, on the Isabella Reservation within Indian country in the Northern Division of the Eastern District of Michigan, defendant, Brian Michael Wemigwans, an Indian, did unlawfully kill J.W., with malice aforethought, in violation of Title 18, United States Code, Sections 1111(a) & 1153.

## COUNT TWO
**Operating a Motor Vehicle while Intoxicated with a BAC Over a 0.17 within Seven Years of a Prior Operating While Intoxicated Conviction Causing a Serious Impairment of a Body Function**
**(18 U.S.C. § 13, 1152, & MCL 257.625(5)(b))**

On or about December 19, 2018, on the Isabella Reservation within Indian country in the Northern Division of the Eastern District of Michigan, defendant, Brian Michael Wemigwans, an Indian, did knowingly and unlawfully operate a vehicle upon a highway, Broadway Road, while having an alcohol content of 0.17 grams or more per 100 milliliters of blood, and after having been previously convicted of Operating While Intoxicated within seven years and by the operation of that vehicle caused a serious impairment of a body function to T.E., a non-Indian, in violation of Title 18, United States Code, Sections 13, 1152, and MCL 257.625(5)(b).

## COUNT THREE
**Operating a Motor Vehicle while Intoxicated Causing a Serious Impairment of a Body Function**
**(18 U.S.C. § 13, 1152, & MCL 257.625(5))**

On or about December 19, 2018, on the Isabella Reservation within Indian country in the Northern Division of the Eastern District of Michigan, defendant, Brian Michael Wemigwans, an Indian, did knowingly and unlawfully operate a vehicle upon a highway, Broadway Road, while under the influence of alcohol, THC, fentanyl, and diazepam, and having an alcohol content of 0.08 grams or

more per 100 milliliters of blood, and his ability to operate that vehicle was visibly impaired due to the consumption of alcohol, THC, fentanyl, and diazepam, and by the operation of that vehicle caused a serious impairment of a body function to T.E., a non-Indian, in violation of Title 18, United States Code, Sections 13, 1152, and MCL 257.625(5).

## FORFEITURE ALLEGATION

Pursuant to Fed. R. Cr. P. 32.2(a), the government hereby provides notice to the defendant of its intention to seek forfeiture of all proceeds, direct or indirect, or property traceable thereto, all property that facilitated the commission of the violations alleged, or property traceable thereto, and all property involved in, or property traceable thereto, of the violations set for in this.

Substitute Assets: If the property described above as being subject to forfeiture, as a result of any act or omission of Defendant:

    a. Cannot be located upon the exercise of due diligence;

    b. Has been transferred or sold to, or deposited with, a third party;

    c. Has been placed beyond the jurisdiction of the Court;

    d. Has been substantially diminished in value; or

    e. Has been commingled with other property that cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c).

Dated: June 26, 2019

THIS IS A TRUE BILL

MATTHEW SCHNEIDER
United States Attorney

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

*s/Roy R. Kranz*
ROY R. KRANZ
Assistant U.S. Attorney
101 First Street, Suite 200
Bay City, Michigan 48708-5747
(989) 895-5712
roy.kranz@usdoj.gov
P56903

*s/Anthony P. Vance*
ANTHONY P. VANCE
Assistant U.S. Attorney
Chief, Branch Offices

| Companion Case information MUST be completed by AUSA and initialed | | |
|---|---|---|
| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

**Companion Case Information**  
This may be a companion case based upon LCrR 57.10 (b)(4)[1]:

☐ Yes   X No

Case: 1:19-cr-20435  
Judge: Ludington, Thomas L.  
MJ: Morris, Patricia T.  
Filed: 06-26-2019 At 03:19 PM  
SEALED MATTER (krc)

**Case Title:** USA v. Brian Michael Wemigwans

**County where offense occurred:** Isabella

**Check One:** X Felony   ☐ Misdemeanor   ☐ Petty

    X    Indictment/_____Information --- **no** prior complaint.  
    _____Indictment/_____Information --- based upon prior complaint [ ]  
    _____Indictment/_____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.  
☐ Involves, for plea purposes, different charges or adds counts.  
☐ Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

Date: June 26 2019

Roy R. Kranz  
Assistant United States Attorney  
101 First Street, Suite 200, Bay City, MI 48708  
Phone:  989-895-5712  
Fax: 989-895-5790  
E-Mail address: roy.kranz@usdoj.gov  
Attorney Bar #:   P56903

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.